STRAUSS, Respondent, v. GESELLSCHAFT FUR GRAPHISCHE KUNST, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Herman Strauss against the Gesellschaft Fur Graphische Kunst. R. Marks, for appellant. D. W. Blumenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SUMMERVILLE. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) In the matter of the application of David Lee Summerville, Sr., as administrator, etc., of George A. Summerville, deceased, for an order directing Charles Vander Roest, an attorney, to pay over certain moneys. No opinion. Order reversed, without costs, and motion denied, without costs, on the authority of Murray v. Waring Hat Manufacturing Co., 142 App. Div. 514, 127 N. Y. Supp. 78.

SUTER v. SUTER et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Jesse Suter against Otto Suter and another. D. W. Steele, Jr., pro se. P. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SUTTON v. SUTTON. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by McWalter B. Sutton against Josephine L. Sutton. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SWAN, Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Henry M. Swan against Mary Hayes, as administratrix, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

TAGGART, Respondent, v. WAKEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Harry J. Taggart against Abram Wakeman. No opinion. Judgment of the Municipal Court affirmed, with costs.

TAMASERIC, Respondent, v. BECKWITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Radi Tamaseric against Clinton Beckwith. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former opinion, see 129 N. Y. Supp. 361.

TEMPLE v. VOEGTLIN. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Edward P. Temple against Arthur Voegtlin. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

35% AUTOMOBILE SUPPLY CO., Respondent, v. HARTFORD SUSPENSION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the 35% Automobile Supply Company against the Hartford Suspension Company. M. Conboy, for appellant. W. T. Jerome, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

THOMAS, Appellant, v. PARDO, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Edward S. Thomas, as trustee, etc., against Antonio Pardo. W. Lesser, for appellant. C. H. Fuller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TITLE GUARANTEE & TRUST CO., Respondent, v. SAGE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by the Title Guarantee & Trust Company against William H. Sage and another.
PER CURIAM. No opinion. Reargument ordered, and case set down for Wednesday, June 14, 1911.
CARR, J., taking no part.

TODARO v. SOMERVILLE REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Filippo Todaro against the Somerville Realty Company and others. No opinion. Motion denied, without costs. See, also, 139 App. Div. 920, 124 N. Y. Supp. 1132.

TOSCANO, Appellant, v. DELAWARE & H. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Frank Toscano against the Delaware & Hudson Company. No opinion. Order unanimously affirmed, with costs.

In re TOWN OF KIRKWOOD. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) In the matter of the application of the Town of Kirkwood, Broome County, N. Y., by its Town Board, and of Edwin Smith and others, as Assessors of said Town of Kirkwood, to procure the substitution as attorneys of Hinman, Howard & Kattell of Binghamton, N. Y., in the place and stead of A. D. Wales and Wales & Riley, attorneys for said assessors heretofore. No opinion. Order settled. See, also, 128 N. Y. Supp. 1148.

TOWNSEND et al., Appellants, v. CROWNER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by George D. Townsend and others against William E. Crowner and others. No opinion. Judgment (125 N. Y. Supp. 329) affirmed, with one bill of costs.